IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 1:94-CR-00045 |
| ROBERT HARPER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter having come before the Court on the United States of America's Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown,

The Court, having found that sealing this material is necessary to safeguard the sensitive personal and medical information pertaining to the defendant; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the defendant's privacy interests; and finding that this competing interest outweighs at this time any interest in the disclosure of the material to the public; it is hereby

ORDERED that the United States of America's Motion to Seal is granted, and it is

FURTHER ORDERED that Government Exhibit 1 to United States of America's Response in Opposition to the Defendant's Motion for Compassionate Release be Sealed until unsealed by order of the Court, and it is

FURTHER ORDERED that the Clerk provide a copy of this Order to all counsel of record.

Date: Oct 23, 2022
Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Court Judge